I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Plaintiff ~~(OR PARTIES)~~ AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 3·19·13

DEPUTY CLERK

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR 19 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE ELLIS, | ) Case No. CV 11-4249-DMG (JPR) |
| Plaintiff, | ) |
| vs. | ) ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF U.S. MAGISTRATE JUDGE |
| LINDA SANDERS et al., | ) |
| Defendants. | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, records on file, and Report and Recommendation of the U.S. Magistrate Judge. No objections to the Report and Recommendation have been filed. The Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that this action is dismissed.

DATED: March 14, 2013

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE