I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Plaintiff
~~(OR PARTIES)~~ ~~AT~~ THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: ___3 · 19 · 13___

_____
DEPUTY CLERK

**JS-6 / ENTERED**

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

**MAR 1 9 2013**

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

RENE ELLIS,

        Plaintiff,

    vs.

LINDA SANDERS et al.,

        Defendants.

) Case No. CV 11-4249-DMG (JPR)
)
)
) **J U D G M E N T**
)
)
)
)
)
)
)

    Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

    IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: March 14, 2013



_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

**MAR 1 9 2013**

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY